UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:26-cv-00632

———

**Darwin Cox,**

*Plaintiff,*

v.

**General Counsel Secretary of Health & Human Services et al.,**

*Defendants.*

———

# ORDER

Plaintiff, proceeding pro se and seeking to proceed in forma pauperis (Doc. 3), seeks damages related to his cancer treatment. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's claims without prejudice under 28 U.S.C. § 1915(e)(2). Doc. 5 at 4. Plaintiff failed to file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims are dismissed without prejudice under 28 U.S.C. § 1915(e)(2). Any pending motions are denied as moot.

*So ordered by the court on July 13, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -